# United States Bankruptcy Court
## District of Colorado

In re  **Rumsey Land Co., LLC**             Case No.

      Debtor.                                   Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Rumsey Land Co., LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

   **X**   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner | % of Shares Owned |
|---|---|
| **Breakwater Capital**<br>6162 Seagrass Lane<br>Napa, FL 34112 | 20% |
| **Noro Investments**<br>534 16th Street<br>Suite 600<br>Denver, CO 80202 | 62% |
| **TLM Land Holdings**<br>1401 West 76th Street<br>Suite 100<br>Richfield, MN 55423 | 18% |

OR,

_____ There are no entities to report.

By: _/s/ Aaron A. Garber_
**Aaron A. Garber**
Signature of Attorney
Counsel for     **Rumsey Land Co., LLC**
Bar no.:        **36099**
Address.:       **Kutner Miller Brinen, P.C.**
                **303 E. 17th Ave., Suite 500**
                **Denver, CO 80203**
Telephone No.: **303-832-2400**
Fax No.:        **303-832-1510**
E-mail address: