UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)
RUMSEY LAND CO., LLC ) Case No. 10-10691-HRT
EIN: 41-210075 )
) Chapter 11
)
Debtor. )
)

## AMENDMENT TO SCHEDULE F

The Debtor, Rumsey Land Co., LLC, by and through its attorneys, Kutner Miller Brinen, P.C., hereby amends its Schedule F in the form of that attached hereto.

Dated: June 16, 2011                    Respectfully submitted,

By:/s/Aaron A. Garber
Aaron A. Garber #36099

**KUTNER MILLER BRINEN, P.C.**
303 E. 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Facsimile: (303) 832-1510

## CERTIFICATE OF SERVICE

I do hereby certify that on this 17th day of June, 2011, I caused a true and correct copy of the foregoing **AMENDMENT TO SCHEDULE F** to be deposited in the United States Mail, postage prepaid and addressed as follows:

Paul V. Moss, Esq.
United States Trustee's Office
999 18th Street
Suite 1551
Denver, CO 80202


_____
Vicky Martina

B6F (Official Form 6F) (12/07)

In re   Rumsey Land Co., LLC  
        Debtor

Case No. _____  
         (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Berenbaum, Weinshienk & Eason<br>370 17th Street<br>48th Floor<br>Denver, CO 80202 | | | | | | | 39,678.88 |
| ACCOUNT NO.<br>Breakwater Capital<br>6162 Seagrass Lane<br>Napa, FL 341112 | | | Unsecured Note | | | | 1,457,408.00 |
| ACCOUNT NO.<br>Breakwater Capital Group II, LLC<br>6162 Sea Grass Lane<br>Naples, FL 34116 | | | Unsecured Note | | | | 83,658.00 |
| ACCOUNT NO.<br>Brownstein, Hyatt, Farber, Schreck<br>410 17th Street<br>Suite 2200<br>Denver, CO 80202-4437 | | | | | | | 10,031.59 |

5  Continuation sheets attached

Subtotal ▸ $ 1,590,776.47

Total ▸ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Rumsey Land Co., LLC  
　　　　　　Debtor

Case No. _____ (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Camenish Land Co.<br>535 16th Street<br>Suite 600<br>Denver, CO 80202 | | | Unsecured Note | | | | 370,707.44 |
| ACCOUNT NO.<br>CLT Professional Services, LLC<br>8774 Yates Drive<br>Suite 260<br>Westminster, CO 80031 | | | | | | | 130.00 |
| ACCOUNT NO.<br>Dan Briggs<br>15845 South 17th Lane<br>Phoenix, AZ 85045 | | | Unsecured Note | | | | 127,452.00 |
| ACCOUNT NO.<br>Dave Marshall<br>535 16th Street<br>Suite 600<br>Denver, CO 80202 | | | Unsecured Note | | | | 2,303,130.00 |
| ACCOUNT NO.<br>Ellis Family Trust<br>15801 North 12th Street<br>Phoenix, AZ 85022 | | | Unsecured Note | | | | 100,000.00 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ $ 2,901,419.44

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Rumsey Land Co., LLC
  Debtor

Case No. _____ (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Goulart and Associates<br>4150 Darley Avenue<br>#11<br>Boulder, CO 80305 | | | | | | | 8,162.38 |
| ACCOUNT NO.<br>Jack Pruet<br>8854 East Fremont Circle<br>Centennial, CO 80112 | | | Unsecured Note | | | | 58,260.00 |
| ACCOUNT NO<br>John Armour<br>818 East Tufts Avenue<br>#600<br>Denver, CO 80237 | | | Unsecured Note | | | | 63,216.00 |
| ACCOUNT NO.<br>John R. Green<br>637 Winters Drive<br>Colorado Springs, CO 80907 | | | Unsecured Note | | | | 125,808.00 |
| ACCOUNT NO.<br>Johnson and Repucci<br>2521 Broadway<br>Suite A<br>Boulder, CO 80304 | | | | | | | 3,836.25 |

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 259,282.63

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Rumsey Land Co., LLC** , Case No. _____
 Debtor (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> JRK Water Holdings <br> 535 16th Street <br> Suite 600 <br> Denver, CO 80202 | | | Unsecured Note | | | | 101,851.88 |
| ACCOUNT NO. <br> Lake Carlisle <br> P.O. Box 990486 <br> Naples, FL 34116 | | | Unsecured Note | | | | 125,084.00 |
| ACCOUNT NO. <br> Lake Vista Holdings, LLC <br> P.O. Box 990486 <br> Naples, FL 34116 | | | Earnest Money Received | | | | 750,000.00 |
| ACCOUNT NO. <br> Noro Investments <br> 534 16th Street <br> Suite 600 <br> Denver, CO 80202 | | | Unsecured Note | | | | 575,997.00 |
| ACCOUNT NO. <br> Pueblo Bank <br> 301 West 5th Street <br> Pueblo, CO 81003 | | | | | | | 203,495.02 |

Sheet no. _3_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 1,756,427.90

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Rumsey Land Co., LLC_____     Case No. _____
                    Debtor                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Renaissance, 535 16th Street, Suite 600, Denver, CO 80202 | | | Unsecured Note | | | | 654,126.00 |
| ACCOUNT NO. Schneider Land, 535 16th Street, Suite 600, Denver, CO 80202 | | | Unsecured Note | | | | 149,296.04 |
| ACCOUNT NO. South Platte L and W, 535 16th Street, Suite 600, Denver, CO 80202 | | | Unsecured Note | | | | 538,269.19 |
| ACCOUNT NO. Suter Financial Group, Inc., 16203 East Fair Avenue, Centennial, CO 80016 | | | Unsecured Note | | | | 4,548.00 |
| ACCOUNT NO. The TSR Group, 810 Brickyard Circle, Unit 4, Golden, CO 80403 | | | | | | | 5,359.49 |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ $ 1,351,598.72

Total ▸ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rumsey Land Co., LLC**                                Case No. _____
                        Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Werning Land Co. <br> 535 16th Street <br> Suite 600 <br> Denver, CO 80202 | | | Unsecured Note | | | | 26,050.16 |
| ACCOUNT NO. <br> Yokam Land Holdings <br> 535 16th Street <br> Suite 600 <br> Denver, CO 80202 | | | Unsecured Note | | | | 125,348.42 |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 151,398.58

Total > $ 8,010,903.74

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Rumsey Land Co., LLC                                              Case No. _____
                    Debtor                                                              (If known)

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES F

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Rod Guerrieri**, the  of the **Corporation** named as debtor in this case declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____6____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date  5-2d 2011                    Signature:  _____
                                              **Rod Guerrieri**
                                              [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.