UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 10-10691-HRT
RUMSEY LAND CO., LLC )
EIN: 41-210075 ) Chapter 11
)
   Debtor. )

**JUDGMENT**

    JUDGMENT IS HEREBY entered in favor of the captioned Debtor: (a) approving the sale of substantially all of the Debtor's assets free and clear of all liens, claims, interests and encumbrances pursuant to 11 U.S.C. § 363; (b) approving the assumption and assignment of Debtor's leases and executory contracts in connection with such sale pursuant to 11 U.S.C. § 365; and (c) granting related relief (the "Sale Motion").  A separate Order shall enter.

Dated: __June 20__, 2011

BY THE COURT:

_Howard Tallman_
Honorable Howard R. Tallman
United States Bankruptcy Judge