UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
RUMSEY LAND CO., LLC ) Case No. 10-10691-HRT
EIN: 41-210075 ) Chapter 11
 )
Debtor. )

## NOTICE OF DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE

### OBJECTION DEADLINE: SEPTEMBER 13, 2011

**YOU ARE HEREBY NOTIFIED** that Rumsey Land Co. ("Debtor") has filed a Motion to Dismiss Bankruptcy Court and requests the following relief: The Debtor is requesting that the Court enter an order dismissing this bankruptcy case. The Debtor has sold substantially all of its assets to its secured creditor Pueblo Bank of Trust pursuant to a credit bid. The transfer of the assets to Pueblo Bank and Trust will not yield any proceeds to transfer to creditors. The Debtor has no source of income. The Debtor has approximately $1,633,126 in accounts receivable, comprised primarily of debt from companies that have an affiliation with the Debtor, which the Debtor believes at this time is largely uncollectable. Pursuant to the Debtor's Statement of Financial Affairs, the Debtor made no avoidable transfers.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: August 23, 2011                          Respectfully submitted,

                                                By: _____
                                                Aaron A. Garber #36099
                                                Kutner Miller Brinen, P.C.
                                                303 East 17th Avenue, Suite 500
                                                Denver, CO 80203
                                                Telephone: (303) 832-2400
                                                Telecopy: (303) 832-1510
                                                E-Mail: aag@kutnerlaw.com

# CERTIFICATE OF SERVICE

The undersigned further certifies that on August 23, 2011, I served by prepaid first class mail a copy of the foregoing **NOTICE OF MOTION TO DISMISS CASE** in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on August 23, 2011, and, if applicable, other interested parties the movant mailed notice at the following addresses:

William A. Morris, Jr., Esq.
1600 Broadway Ste. 2600
Denver, CO 80202

Peter A. Cal, Esq.
633 17th St. Ste. 3000
Denver, CO 80202-3665

Joel Laufer, Esq.
5290 DTC Pkwy, Ste. 150
Englewood, CO 80111

Shaun A. Christensen, Esq.
1917 Market St. Ste. A
Denver, CO 80202

John T. Sullivan, Esq.
3223 Arapahoe Ave. Ste. 300
Boulder, CO 80303

Michael G. Milstein, Esq.
621 Seventeenth St. 19th Floor
Denver, CO 80293

Lisa K. Mayers, Esq.
1700 Lincoln St. Ste. 3800
Denver, CO 80203

Paul Moss, Esq.
999-18th St. Ste. 1551
Denver, CO 80202

*s/Angela R. Upton*
Angela R. Upton

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-10691-HRT<br>District of Colorado<br>Denver<br>Tue Aug 23 11:30:58 MDT 2011 | Berenbaum, Weinshienk & Eason<br>370 17th Street<br>48th Floor<br>Denver, CO 80202-1370 | Breakwater Capital<br>6162 Seagrass Lane<br>Napa, FL 34112 |
| Breakwater Capital Group II, LLC<br>6162 Sea Grass Lane<br>Naples, FL 34116-5434 | Brownstein, Hyatt, Farber, Schreck<br>410 17th Street<br>Suite 2200<br>Denver, CO 80202-4432 | CLT Professional Services, LLC<br>8774 Yates Drive<br>Suite 260<br>Westminster, CO 80031-6873 |
| Peter A. Cal<br>633 17th St.<br>Ste. 3000<br>Denver, CO 80202-3622 | Camenish Land Co.<br>535 16th Street<br>Suite 600<br>Denver, CO 80202-4242 | Shaun A. Christensen<br>1917 Market St.<br>Ste. A<br>Denver, CO 80202-1419 |
| Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-0001 | Dan Briggs<br>15845 South 17th Lane<br>Phoenix, AZ 85045-1781 | Dave Marshall<br>535 16th Street<br>Suite 600<br>Denver, CO 80202-4242 |
| Ellis Family Trust<br>15801 North 12th Street<br>Phoenix, AZ 85022-3137<br>Attn: Sallquis Drummond & O'Connor | Aaron A Garber<br>303 E. 17th Ave.<br>Ste. 500<br>Denver, CO 80203-1258 | Goulart and Associates<br>4150 Darley Avenue<br>#11<br>Boulder, CO 80305-6537 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JRK Water Holdings<br>535 16th Street<br>Suite 600<br>Denver, CO 80202-4242 | Jack Pruet<br>8854 East Fremont Circle<br>Centennial, CO 80112-1903 |
| John Armour<br>8181 East Tufts Avenue<br>#600<br>Denver, CO 80237-2579 | John R. Green<br>637 Winters Drive<br>Colorado Springs, CO 80907-5317 | Johnson and Repucci<br>2521 Broadway<br>Suite A<br>Boulder, CO 80304-4239 |
| Kevin France | Lee M. Kutner<br>303 E. 17th Ave.<br>Ste. 500<br>Denver, CO 80203-1258 | Lake Carlisle<br>P.O. Box 990486<br>Naples, FL 34116-6066 |
| Lake Vista Holdings, LLC<br>5869 Sea Grass Lane<br>Naples, FL 34116-5427 | Joel Laufer<br>5290 DTC Pkwy,<br>Ste. 150<br>Englewood, CO 80111-2764 | Laufer and Padjen LLC<br>5290 DTC Parkway<br>Ste. 150<br>Englewood, CO 80111-2764 |
| Lisa K. Mayers<br>1700 Lincoln St.<br>Ste. 3800<br>Denver, CO 80203-4538 | Michael G. Milstein<br>621 Seventeenth St.<br>19th Floor<br>Denver, CO 80293-0621 | William A. Morris Jr<br>1600 Broadway<br>Ste. 2600<br>Denver, CO 80202-4989 |

Paul Moss  
999-18th St.  
Ste. 1551  
Denver, CO 80202-2415

Noro Investments  
534 16th Street  
Suite 600  
Denver, CO 80202

Joe O'Brien  
Water Colorado LLC  
3384 E Mulberry St.  
Fort Collins, CO 80524-8464

Pueblo Bank  
301 West 5th Street  
Pueblo, CO 81003-3157

Pueblo Bank and Trust Company  
c/o Michael G. Milstein  
Foster Graham Milstein Calisher LLP  
621 17th Street, 19th Fl.  
Denver, CO 80293-0621

RLF II  
555 16th Street  
Suite 535  
Denver, CO 80202

Renaissance  
535 16th Street  
Suite 600  
Denver, CO 80202-4242

Rich Green  
637 Winter Drive  
Colorado Springs, CO 80907-5317

Rumsey Land Co., LLC  
4600 S Ulster St  
Suite 880  
Denver, CO 80237-2873

Schneider Land  
535 16th Street  
Suite 600  
Denver, CO 80202-4242

Securities and Exchange Commission  
Midwest Regional Office  
175 W. Jackson Blvd.  
Ste. 900  
Chicago IL 60604-2815

Security & Exchange Commission  
Central Regional Office  
1801 California St.  
Ste. 1500  
Denver CO 80202-2656

Robert J. Shilliday III  
303 E. 17th Ave.  
Ste. 500  
Denver, CO 80203-1258

Benjamin H. Shloss  
303 E. 17th Ave.  
Ste. 500  
Denver, CO 80203-1258

South Platte L and W  
535 16th Street  
Suite 600  
Denver, CO 80202-4242

John T. Sullivan  
3223 Arapahoe Ave.  
Ste. 300  
Boulder, CO 80303-1097

Suter Financial Group, Inc.  
16203 East Fair Avenue  
Centennial, CO 80016-1066

T&I  
535 16th Street  
Suite 600  
Denver, CO 80202-4242

TRACS Clubs  
432 S. Broadway  
Denver, CO 80209-1518

The TSR Group  
810 Brickyard Circle  
Unit 4  
Golden, CO 80403-8055

US Trustee  
999 18th St.  
Ste. 1551  
Denver, CO 80202-2415

Werning Land Co.  
4600 S Ulster St.  
Ste 880  
Denver Co 80237-2873

Yokam Land Holdings  
535 16th Street  
Suite 600  
Denver, CO 80202-4242

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS  
PO Box 21126  
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ellis Family Trust | (u)General Capital Partners, LLC | (u)John R Green |
| (u)Rich Green | (u)Lake Vista Holdings, LLC | (u)RLF2, LLC and assigns and Joshua Suter |
| (u)Resource Land Holdings, LLC | (u)Rod Guerrieri | (d)TRACS Clubs<br>432 S. Broadway<br>Denver, CO 80209-1518 |
| (u)Howard R Tallman | (u)The Pueblo Bank and Trust Company | (u)The TSR Group a/k/a Western Land Specialis |
| (u)William Romanowski | End of Label Matrix<br>Mailable recipients    52<br>Bypassed recipients    13<br>Total                  65 | |